ORDER
PER CURIAM:
The appellant, through counsel, filed an application for an award of attorney fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The Court issued an opinion on December 12, 2002, awarding attorneys fees in an amount less than was sought by the appellant. Wilson v. Principi, 16 Vet.App. 509 *20 (2002). On January 21, 2003, the appellant filed a timely motion for reconsideration by the panel. In essence, he reiterates arguments presented previously in his brief and at oral argument before the Court. “[A] motion for ... panel [reconsideration] ... must state the points of law or fact that the party believes the Court has overlooked or misunderstood.” U.S. Vet.App. R. 35(e)(1). The Court did not overlook or misunderstand any argument that was properly before it. The appellant has not presented any argument that warrants reconsideration by the panel.
Upon consideration of the foregoing, it is
ORDERED that the motion for a reconsideration by the panel is denied.